**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA FLORES, | CASE NO: 12-CV-2406 BTM NLS |
| Plaintiff, | HON. BARRY TED MOSKOWITZ COURTROOM 15B |
| vs. | |
| CALIFORNIA BUSINESS BUREAU, INC.; DOES 1 to 10, inclusive, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**ORDER**

Pursuant to Stipulation, IT IS ORDERED that all claims of Plaintiff VERONICA FLORES against Defendant CALIFORNIA BUSINESS BUREAU, INC. are dismissed, with prejudice, pursuant to the terms of the Settlement Agreement between the parties.

DATE: June 18, 2013

*[signature]*
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE